## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ruth L. Kneebone,                                   :
                  Appellant             :
                                  :
              v.                               :        No. 807 C.D. 2019
                                  :
Zoning Hearing Board of the                         :
Township of Plainfield and                          :
Patrick Lutz and Pamela Lutz                        :

**PER CURIAM**                    **O R D E R**

       NOW, August 26, 2020, having considered Appellees Patrick and Pamela Lutz's application for reargument, the application is denied.